UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ORSON BELL,<br><br>        Plaintiff,<br><br>   v.<br><br>OAKLAND UNIFIED SCHOOL<br>DISTRICT,<br><br>        Defendant. | Case No.16-cv-04000-JSC<br><br>**ORDER PROHIBITING FURTHER<br>FILINGS IN CLOSED CASE** |

Plaintiff Samuel Orson Bell, proceeding pro se, brought this civil action against the Oakland Unified School District. The Court granted his application to proceed in forma pauperis, reviewed his complaint under 28 U.S.C. § 1915 and dismissed it for failure to state a claim upon which relief could be granted. (Dkt. No. 7.) Rather than amend his complaint, Plaintiff filed a notice of voluntary dismissal on August 10, 2016. (Dkt. No. 8.) Since the case was terminated, Plaintiff has submitted two additional documents in this action; although they are largely indecipherable, they do not appear to request reopening of the action or relate to the issues raised in his initial complaint. (Dkt. Nos. 9 & 10.) Because this action is closed, Plaintiff should no longer be making submissions in this action. To the extent that Plaintiff seeks to plead a new claim, he must file a new action.

The Clerk should not accept any further filings in this closed action.

**IT IS SO ORDERED.**

Dated: June 22, 2017

JACQUELINE SCOTT CORLEY
United States Magistrate Judge